

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Mohammad Sina Chehrazi

**Civil Action No.** 26-cv-00957-AGS-BJW

**Petitioner**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED: On March 3, 2026, the Court held a motion hearing. For the reasons set out on the record, the petition (ECF 1 ) is denied. The case is hereby closed.

**Date:**       03/04/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita

M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No** 26-cv-00957-AGS-BJW

Respondents:

Kristi Noem
Secretary of Homeland Security

Pamela J. Bondi
Attorney General of the United States

Gregory J. Archambeault
San Diego Field Office Director, Bureau of Immigration and Customs Enforcement

Jeremy Casey
Imperial Regional Detention Facility Administrator